**FILED**

JUL 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SUSIE M. POINDEXTER<br>724 Harvard Street, N.W.<br>Washington, DC 20001-3810 | )<br>)<br>) |
|                           Plaintiff, | |

Case: 1:09-cv-01392
Assigned To : Friedman, Paul L.
Assign. Date : 7/28/2009
Description: General Civil

vs.

WACHOVIA MORTGAGE CORPORATION )
a/k/a "Wachovia Mortgage, FSB" )
formerly known as "World Savings Bank, FSB" )
P.O. Box 659558 )
San Antonio, Texas 78265-9558 )
                    )

    Serve Registered Agent: )
                    )
        Prentice Hall Corporation System, Inc. )
        1090 Vermont Avenue, N.W. )
        Washington, DC 20005 )  Case Number: _____
                    )

WORLD SAVINGS BANK, FSB )
1901 Harrison Street )
Oakland, California 94612 )
                    )

    Serve Bank Branch: )
                    )
        Wachovia Mortgage Corporation )
        a/k/a "Wachovia Mortgage, FSB" )
        801 Pennsylvania Avenue, N.W. )
        Washington, DC 20004 )
                    )

WELLS FARGO & COMPANY )
a/k/a "Wells Fargo Bank, N.A" )
420 Montgomery Street )
San Francisco, California 94104 )
                    )

    Serve Registered Agent: )
                    )
        Corporation Service Company )
        1090 Vermont Avenue, N.W. )
        Washington DC 20005 )

**RECEIVED**

**VERIFIED COMPLAINT INVOLVING REAL PROPERTY**

JUL 2 0 2009

Clerk, U.S. District and
Bankruptcy Courts

## AND JURY DEMAND

**(724 Harvard Street, N.W., Washington, DC  20001-3810, SSL #2887-0267)**

Plaintiff Susie M. Poindexter, by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Offices of Szymkowicz & Szymkowicz, LLP, sues Defendant Wachovia Mortgage Corporation a/k/a "Wachovia Mortgage, FSB," Defendant World Savings Bank, FSB and Defendant Wells Fargo & Company a/k/a "Wells Fargo Bank, N.A." pursuant to 12 U.S.C. § 2601, et seq. and respectfully requests that this Honorable Court order Defendants to produce the following information pursuant to 12 U.S.C. § 2605 (e):

   a.     All documents signed by Ms. Poindexter with respect to a mortgage loan extended by Defendant World Savings Bank, FSB on or about June 25, 2007;

   b.     The HUD-1 Settlement Statement related to the above-referenced loan;

   c.     All documents related to disbursements made in connection with the settlement of the above-referenced loan, including, but not limited to, payments made to satisfy prior loans, payments made to mortgage loan brokers, payments made for appraisals, payments made to the borrower at or subsequent to closing, payments made to settlement agents and payments made to notaries.

   d.     All disclosures provided to Ms. Poindexter at settlement of the above-referenced loan or prior to such settlement;

   e.     All documents related to payments made by Ms. Poindexter with regard to the above-referenced loan;

   f.     All documents related to payments made in connection with any escrow associated with the above-referenced loan; and

   g.     Any other documents related to the above-referenced loan,

as well as order all Defendants, jointly and severally to pay Plaintiff Susie M. Poindexter monetary damages in the amount of $10,000.00, attorney's fees and costs incurred in seeking such information.

**Parties**

1.     Plaintiff Susie M. Poindexter is an adult female who is a citizen of the United States of America and a resident of the District of Columbia.

2.     Defendant Wachovia Mortgage Corporation, also known as "Wachovia Mortgage, FSB" [hereinafter "Wachovia Mortgage Corporation"] is believed to be a North Carolina corporation that is authorized to transact business in the District of Columbia as a foreign corporation.

3.     Defendant World Savings Bank, FSB is believed to be a former federal savings bank that merged into Defendant Wachovia Mortgage Corporation.

4.     Defendant Wells Fargo & Company a/k/a "Wells Fargo Bank, N.A." [hereinafter "Wells Fargo & Company"] is believed to be a financial services company that is not authorized to transact business in the District of Columbia.

5.     Upon information and belief, Defendant Wachovia Mortgage Corporation merged into Defendant Wells Fargo & Company.

**Loan at Issue**

6.     On or about June 25, 2007, Defendant World Savings Bank, FSB extended a mortgage loan to Plaintiff Susie M. Poindexter that was secured by real property, including a home, that Plaintiff Susie M. Poindexter used as her primary residence.

7.     This mortgage loan was a "federally related mortgage loan" pursuant to 12 U.S.C. 2602 (1) as this loan was "secured by a first or subordinate lien on residential real

3

property (including individual units of condominiums and cooperatives) designed principally for the occupancy of from one to four families, including any such secured loan, the proceeds of which are used to prepay or pay off an existing loan secured by the same property;" or was "made in whole or in part by any lender the deposits or accounts of which are insured by any agency of the Federal Government, or is made in whole or in part by any lender which is regulated by any agency of the Federal Government;" or was "made in whole or in part, or insured, guaranteed, supplemented, or assisted in any way, by the Secretary or any other officer or agency of the Federal Government or under or in connection with a housing or urban development program administered by the Secretary or a housing or related program administered by any other such officer or agency;" or was "intended to be sold by the originating lender to the Federal National Mortgage Association, the Government National Mortgage Association, the Federal Home Loan Mortgage Corporation, or a financial institution from which it is to be purchased by the Federal Home Loan Mortgage Corporation;" or was "made in whole or in part by any "creditor", as defined in section 103(f) of the Consumer Credit Protection Act [15 U.S.C. § 1602 (f)], who makes or invests in residential real estate loans aggregating more than $ 1,000,000 per year."

8.     At all relevant times, this loan was "serviced" by Defendant World Savings Bank, FSB and/or Defendant Wachovia Mortgage Corporation.

### Jurisdiction

9.     This Honorable Court has jurisdiction over Plaintiff Susie M. Poindexter's claims and over Defendants pursuant to 12 U.S.C. § 2614 as the property involved is located in the District of Columbia.

## Background

10.     On or about February 27, 2009, Plaintiff Susie M. Poindexter sent Defendant

Wachovia Mortgage Corporation a "qualified written request" for "information relating

to the servicing" of Plaintiff Susie M. Poindexter's mortgage loan pursuant to 12 U.S.C. §

2605 (e). See Letter dated February 27, 2009 from Kerry M. Diggin to Wachovia

Mortgage that is attached to this complaint as Exhibit 1.

11.     Specifically, this February 27, 2009 letter requested that Defendant Wachovia

Mortgage Corporation provide:

> a.      All documents signed by Ms. Poindexter with respect to the above-
> referenced loan;
>
> b.      The HUD-I Settlement Statement related to the above-referenced
> loan;
>
> c.      All documents related to disbursements made in connection with
> the settlement of the above-referenced loan, including, but not limited to,
> payments made to satisfy prior loans, payments made to mortgage loan
> brokers, payments made for appraisals, payments made to the borrower at
> or subsequent to closing, payments made to settlement agents and
> payments made to notaries;
>
> d.      All disclosures provided to Ms. Poindexter at settlement of the
> above-referenced loan or prior to such settlement;
>
> e.      All documents related to payments made by Ms. Poindexter with
> regard to the above-referenced loan;
>
> f.      All documents related to payments made in connection with any
> escrow associated with the above-referenced loan; and
>
> g.      Any other documents related to the above-referenced loan.

12.     In response to Plaintiff Susie M. Poindexter's February 27, 2009 request,

Defendant Wachovia Mortgage Corporation sent Plaintiff Susie M. Poindexter's counsel

a letter dated May 15, 2009 that stated:

Wachovia Mortgage FSB ("Wachovia") is in receipt of a request regarding the above-referenced real estate loan number. Please be advised that Wachovia, the successor by merger with World Savings, FSB, remains the original creditor and holder of your Note and Mortgage.

While you have designated a portion of the correspondence as a "qualified written request", under the Real Estate Settlement and Procedures Act, your request is more in the vein of a discovery request. Section 35100.21 (e)(2) of the Act is intended to provide a borrower a method of challenging a **specific** error. If you believe you have a dispute over some particular facet of the servicing of the loan, you may request that Wachovia explain, provided you are able to give a reason why you believe an error was made.

We appreciate the opportunity to address any concerns that you may have regarding the servicing of this loan. If you are interested in obtaining a modification or refinance in regard to the above stated loan, please contact our Customer Service Department toll free at 800-642-0257. A representative is available to assist you Monday through Friday, 8:00 am to 8:00 pm and Saturday 8:00 am to 5:00 pm Central Standard Time.

Thank you for allowing us to assist you with this matter. See Letter dated May 15, 2009 from Wachovia Mortgage to Kerry M. Diggin to that is attached to this complaint as Exhibit 2.

13.     In another letter to Plaintiff Susie M. Poindexter's counsel dated May 20, 2009,

Defendant Wachovia Mortgage Corporation stated:

Wachovia Mortgage, FSB is in receipt of your recent request regarding the above-referenced mortgage loan number. Please accept this letter as our formal response to your
concerns.

It is unclear whether you are attempting to modify the loan or ask a specific servicing question. While you have designated a portion of the correspondence as a "qualified written request," under the Real Estate Settlement and Procedures Act, your request is more in the vein of a discovery request. Section 35100.21(e)(2) of the Act is intended to provide a borrower a method of challenging a **specific** error. If you believe you have a dispute over some particular facet of the servicing of the loan, you may request that Wachovia explain, provided you are able to give a reason why you believe an error was made.

We feel our previous response letter dated May 18,2009 addressed the

concerns recited in your most recent correspondence. Should you need further interpretation of documents or legal test, we suggest that you retain counsel of your choosing. Wachovia will not further respond to the matters raised in your correspondence.

Thank you again for allowing us the opportunity to respond.

**Purpose of Plaintiff Susie M. Poindexter's Qualified Written Request**

14.     Plaintiff Susie M. Poindexter sent Defendant Wachovia Mortgage Corporation the February 27, 2009 "qualified written request" for information concerning her June 25, 2007 mortgage loan because she has reason to believe that this loan is invalid pursuant to several sections of the District of Columbia Code and United States Code and needs to review the requested information in order to determine whether the loan is valid or not.

**Count I – Demand for Information About June 25, 2007 Mortgage Loan**

15.     The allegations and assertions contained in paragraphs 1-14 of this complaint are incorporated herein as if fully stated.

16.     Defendant Wachovia Mortgage Corporation had the duty pursuant to 12 U.S.C. § 2605 (e) to provide the information requested by Plaintiff Susie M. Poindexter in her February 27, 2009 "qualified written request" for information concerning her June 25, 2007 mortgage loan, but failed to provide any of the requested information except for a "Loan History Statement" for the years 2008-2009.

17.     Thus, Defendant Wachovia Mortgage Corporation violated 12 U.S.C. § 2605 (e) for failing to provide information concerning Plaintiff Susie M. Poindexter's June 25, 2007 mortgage loan.

18.     Pursuant to 12 U.S.C. § 2605 (f), Plaintiff Susie M. Poindexter is entitled to monetary damages, reasonable attorney's fees and court costs incurred in seeking the requested information.

WHEREFORE, Plaintiff Susie M. Poindexter respectfully request that this Honorable Court order Defendant Wachovia Mortgage Corporation a/k/a "Wachovia Mortgage, FSB," Defendant World Savings Bank, FSB and Defendant Wells Fargo & Company a/k/a "Wells Fargo Bank, N.A." to produce the following information pursuant to 12 U.S.C. § 2605 (e):

     a.    All documents signed by Ms. Poindexter with respect to a mortgage loan extended by Defendant World Savings Bank, FSB on or about June 25, 2007;

     b.    The HUD-1 Settlement Statement related to the above-referenced loan;

     c.    All documents related to disbursements made in connection with the settlement of the above-referenced loan, including, but not limited to, payments made to satisfy prior loans, payments made to mortgage loan brokers, payments made for appraisals, payments made to the borrower at or subsequent to closing, payments made to settlement agents and payments made to notaries.

     d.    All disclosures provided to Ms. Poindexter at settlement of the above-referenced loan or prior to such settlement;

     e.    All documents related to payments made by Ms. Poindexter with regard to the above-referenced loan;

     f.    All documents related to payments made in connection with any escrow associated with the above-referenced loan; and

     g.    Any other documents related to the above-referenced loan,

as well as order all Defendants, jointly and severally, to pay Plaintiff Susie M. Poindexter monetary damages in the amount of $10,000.00, attorney's fees and costs incurred in seeking such information.

8

**Verification**

I swear and affirm under the penalties of perjury that the statements contained in this verified complaint are true to the best of my knowledge, information and belief.

*Susie M. Poindexter*

Susie M. Poindexter

Respectfully submitted,

J.P. Szymkowicz (#462146)
John T. Szymkowicz (#946079)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500

# Legal Counsel
# for the Elderly

February 27, 2009

**Via Fax (210) 509-1174 and**
**U.S. Certified Mail #7003 1680 0004 6117 8051(*return receipt requested*)**

Wachovia Mortgage Company
Attention:  Loan Service Customer Support
P.O. Box 659558
San Antonio, Texas  78265-9558

| | | |
|---|---|---|
| Re: | Mortgage Loan: | **46401774 (originally funded by World Savings)** |
| | Borrower: | **Susie M. Poindexter** |
| | Home Address: | **724 Harvard Street, N.W.** |
| | | **Washington, DC  20001-3810** |

To Whom It May Concern:

Legal Counsel for the Elderly has been retained by Ms. Poindexter to request that you provide the following information pursuant to 12 U.S.C. § 2605(e):

a.  All documents signed by Ms. Poindexter with respect to the above-referenced loan;

b.  The HUD-1 Settlement Statement related to the above-referenced loan;

c.  All documents related to disbursements made in connection with the settlement of the above-referenced loan, including, but not limited to, payments made to satisfy prior loans, payments made to mortgage loan brokers, payments made for appraisals, payments made to the borrower at or subsequent to closing, payments made to settlement agents and payments made to notaries.

d.  All disclosures provided to Ms. Poindexter at settlement of the above-referenced loan or prior to such settlement;

e.  All documents related to payments made by Ms. Poindexter with regard to the above-referenced loan;

f.  All documents related to payments made in connection with any escrow associated with the above-referenced loan; and

g.  Any other documents related to the above-referenced loan.

601 E Street, NW ▌ Washington, DC 20049 ▌ 202-434-2120 ▌ 202-434-6464 fax ▌ 202-434-6562 TTY ▌ www.aarp.org/lce
*Legal Counsel for the Elderly is affiliated with AARP*
 *Part of the Senior Service Network - Supported by the DC Office on Aging*



**Legal Counsel
for the Elderly**

Page 2 of 2
February 27, 2009

    We have reason to believe that this loan may be invalid pursuant to several sections of the District of Columbia Code and United State Code and need to review the requested information to determine whether this loan is valid or not.

    For your reference, we have attached a copy of a form that Ms. Poindexter signed authorizing Legal Counsel for the Elderly to obtain such information from Wachovia Mortgage Company.

    If you have any questions, please contact me at (202) 434-2185.

Sincerely,

Kerry M. Diggin*

Enc.

cc:     J.P. Szymkowicz

*Licensed to practice in the states of New York and Connecticut. Practicing under District of Columbia Court of Appeals Rules 49(c)(9)(B). Supervised by Amy R. Mix, DC Bar No. 483483

601 E Street, NW | Washington, DC 20049 | 202-434-2120 | 202-434-6464 fax | 202-434-6562 TTY | www.aarp.org/lce
*Legal Counsel for the Elderly is affiliated with AARP*

*Part of the Senior Service Network – Supported by the DC Office on Aging*

# AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

1.  Authorized Agent/Organization

    Wachovia Mortgage Company
    Attention: Loan Service Customer Support
    P.O. Box 659558
    San Antonio, Texas  78265-9558

2.  Regarding Individual

    **Susie M. Poindexter**
    **724 Harvard Street, N.W.**
    **Washington, DC  20001-3810**

3. **I,** _SUSIE POINDEXTER_ **, authorize the above-named agent or organization to release information contained in my records to individual(s) or organization listed below:**

| | |
|---|---|
| **Legal Counsel for the Elderly** | **Office No.    (202) 434-2162** |
| **601 E Street, NW** | |
| **Washington, DC  20049** | **Fax No.       (202) 434-6464** |

4.  Any or all of the following types of records may be requested from the authorized agent:

    **All records and information concerning my account.**

5.  The purpose or need for such disclosure:  **Possible legal representation**

I understand that I have the right to review or request copies of the released materials.

I understand that this authorization, except for action already taken, may be voided by me at any time.  This consent (unless expressly revoked earlier) expires one year from date of the signature below.  I also consent to allow copies of this release to be made and for copies to constitute a valid release.

X *Susie Poindexter*     X 2-25-09
                         Date

Kerry Diggin
601 E Street, NW
Washington, DC 20049
T: (202)434-2185
F: (202)434-6464
www.aarp.org/lce
kdiggin@aarp.org

**AARP Legal Counsel for the Elderly**



# Fax

| **To:** | Wachovia Mortgage Company<br>Attention:  Loan Service Customer Support | **From:** | Kerry Diggin |
|---|---|---|---|
| **Fax:** | (210) 509-1174 | **Pages:** | 4 |
| **Re:** | Mortgage Loan:  46401774 | **Date:** | February 27, 2009 |

**Urgent**       **For Review**        **Please Comment**        **Please Reply**        **Please Recycle**

The information contained in this facsimile message and any attached material are intended only for the use of the addressee(s) named and may contain information that is privileged, confidential or exempt from disclosure under applicable law.  If you are not the intended recipient, employee or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited.  If you have received this message in error, please notify us immediately and return the original message to us by U.S. mail.

Please call (202)434-2185 if you do not receive the transmission in its entirety.

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO                1831
DESTINATION TEL #       912105091174
DESTINATION ID
ST. TIME                02/27 15:21
TIME USE                00'39
PAGES SENT              4
RESULT                  OK
```

Kerry Diggin
601 E Street, NW
Washington, DC 20049
T: (202)434-2185
F: (202)434-6464
www.aarp.org/lce
kdiggin@aarp.org



**AARP Legal Counsel for the Elderly**

# Fax

| **To:** | Wachovia Mortgage Company | **From:** | Kerry Diggin |
| | Attention: Loan Service Customer Support | | |
| **Fax:** | (210) 509-1174 | **Pages:** | 4 |
| **Re:** | Mortgage Loan: 46401774 | **Date:** | February 27, 2009 |

| **Urgent** | **For Review** | **Please Comment** | **Please Reply** | **Please Recycle** |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
3/3/09

1. Article Addressed to:

Wachovia Mortgage Company
Attention: Loan Service
Customer Service
P.O. Box 659558
San Antonio, TX 78265-9558

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0004 6117 8051

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

Sent To
Wachovia Mortgage Company
Street, Apt. No.; Attn: Loan Svc Customer Svc
or PO Box No.  P.O. Box 659558
City, State, ZIP+4  San Antonio, TX 78265-9558

7003 1680 0004 6117 8051

PS Form 3800, June 2002    See Reverse for Instructions



Wachovia Mortgage, FSB
TX1552.        .
Post Office Box 65955
San Antonio, TX 78265-9558

800 642-0257

**WACHOVIA**

May 15, 2009


Legal Counsel For the Elderly
601 E. St. NW
Washington DC  20049


RE: Mortgage Loan Number:   46401774


Wachovia Mortgage FSB ("Wachovia") is in receipt of a request regarding the above reference real estate loan number. Please be advised that Wachovia, the successor by merger with World Savings, FSB, remains the original creditor and holder of your Note and Mortgage.

While you have designated a portion of the correspondence as a "qualified written request", under the Real Estate Settlement and Procedures Act, your request is more in the vein of a discovery request. Section 35100.21 (e)(2) of the Act is intended to provide a borrower a method of challenging a  **specific** error. If you believe you have a dispute over some particular facet of the servicing of the loan, you may request that Wachovia explain, provided you are able to give a reason why you believe an error was made.

We appreciate the opportunity to address any concerns that you may have regarding the servicing of this loan. If you are interested in obtaining a modification or refinance in regard to the above stated loan, please contact our Customer Service Department toll free at 800-642-0257. A representative is available to assist you Monday through Friday, 8:00 am to 8:00 pm and Saturday 8:00 am to 5:00 pm Central Standard Time.

Thank you for allowing us to assist you with this matter.


Loan Service Research Department

Exhibit 2

Wachovia Mortgage, FS
TX1552
Post Office Box 659558
San Antonio, TX 78265-9558

Tel 800 642-0257



May 20, 2009

**WACHOVIA**

Legal Counsel for the Elderly
601 E. Street, NW
Washington, DC   20049

RE:  Wachovia Mortgage Loan Number   46401774

Wachovia Mortgage, FSB is in receipt of your recent request regarding the above
reference mortgage loan number.  Please accept this letter as our formal response to your
concerns.

It is unclear whether you are attempting to modify the loan or ask a specific servicing
question.  While you have designated a portion of the correspondence as a "qualified
written request," under the Real Estate Settlement and Procedures Act, your request is
more in the vein of a discovery request.  Section 35100.21(e)(2) of the Act is intended to
provide a borrower a method of challenging a **specific** error.  If you believe you have a
dispute over some particular facet of the servicing of the loan, you may request that
Wachovia explain, provided you are able to give a reason why you believe an error was
made.

We feel our previous response letter dated May 18,2009 addressed the concerns recited in
your most recent correspondence.  Should you need further interpretation of documents
or legal test, we suggest that you retain counsel of your choosing.  Wachovia will not
further respond to the matters raised in your correspondence.

Thank you again for allowing us the opportunity to respond.

Sincerely,

Loan Service Research

cc: Susie M. Poindexter

Exhibit 3